## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JESSIE RADFORD                                                                                  PLAINTIFF
ADC #655432

v.                                    No. 1:16CV00151-JLH-JJV

STEPHEN WILLIAMS, Warden,
North Cental Unit, ADC; *et al.*                                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Payne is DISMISSED from this cause of action without prejudice for Plaintiff's failure to state a claim upon which relief can be granted.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 16th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE