IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JESSIE RADFORD　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #655432

v.　　　　　　　　　　　　　　　1:16CV00151-JLH

STEPHEN WILLIAMS, Warden,
North Central Unit, ADC; *et al.*　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk amend the docket to reflect the full names of Defendants Kendall Drinkard and Billy Inman. Document #21 at 1.

2. Defendants' Motion for Summary Judgment is GRANTED. Document #32.

3. Plaintiff's cause of action is DISMISSED without prejudice for failure to exhaust administrative remedies.

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 2nd day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE